UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LUTFULLAEV RAKHMATULLO, <br> A# 213 157 094, <br><br> Petitioner, <br><br> vs. <br><br> ICE; RAY CASTRO, Warden of the South Texas Detention Center; and CHAD WOLF, Secretary of the Department of Homeland Security, ET AL., <br><br> Respondents. | CIVIL ACTION NO. SA-20-CV-1141-FB |

## ORDER OF DISMISSAL

Before the Court is Petitioner Lutfullaev Rakhmatullo's *pro se* Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1). On October 8, 2020, Petitioner was ordered to submit the $5.00 filing fee on or before November 6, 2020. (ECF No. 5). Importantly, Petitioner was advised that if he failed to comply with the Court's order, his case could be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). (*Id.*). To date, Petitioner has not paid the filing fee.

Accordingly, IT IS HEREBY ORDERED that Petitioner's 28 U.S.C. § 2241 Habeas Corpus Petition (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.  Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 19th day of November, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE